IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Sudor, Andre H

Printed: 11/18/08

Case Number: 08 B 15916
Judge: Squires, John H
Filed: 6/20/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 8, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 618.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 577.21 |
| Trustee Fee: |  | 40.79 |
| Other Funds: |  | 0.00 |
| Totals: | 618.00 | 618.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,464.00 | 577.21 |
| 2. | Springer Collection | Unsecured | 27.90 | 0.00 |
| 3. | Cavalry Portfolio Services | Unsecured | 126.59 | 0.00 |
| 4. | Commonwealth Edison | Unsecured | 50.73 | 0.00 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 99.00 | 0.00 |
| 6. | Educational Credit Management Corp | Unsecured | 1,015.14 | 0.00 |
| 7. | Credit Acceptance Corp | Unsecured | 878.36 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 9.08 | 0.00 |
| 9. | Minnesota Dept of Revenue | Priority | | No Claim Filed |
| 10. | Cda/Pontiac | Unsecured | | No Claim Filed |
| 11. | Cda/Pontiac | Unsecured | | No Claim Filed |
| 12. | Cda/Pontiac | Unsecured | | No Claim Filed |
| 13. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 14. | KCA Financial Services | Unsecured | | No Claim Filed |
| 15. | United States Dept Of Education | Unsecured | | No Claim Filed |
| 16. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 17. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 18. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 19. | Professional Recovery System | Unsecured | | No Claim Filed |
| 20. | Medical Collections | Unsecured | | No Claim Filed |
| 21. | KCA Financial Services | Unsecured | | No Claim Filed |
| | | | $ 5,670.80 | $ 577.21 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Sudor, Andre H

Printed: 11/18/08

Case Number: 08 B 15916
Judge: Squires, John H
Filed: 6/20/08

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.6% | 40.79 |
| | $ 40.79 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

